**Presentment Date: May 22, 2014, at 12 p.m. (Eastern Time)**
**Objection Deadline: May 19, 2014 at 12 p.m. (Eastern Time)**

Thomas D. Bielli, Esquire (*Pending Admission Pro Hac Vice*)
David M. Klauder, Esquire (*Pending Admission Pro Hac Vice*)
**O'KELLY ERNST & BIELLI, LLC**
1500 Walnut Street, Suite 900
Philadelphia, PA    19102
Phone:    (215) 543-7182
Facsimile:    (215) 525-9648
tbielli@oeblegal.com
dklauder@oeblegal.com

*Proposed Counsel for 3062 Brighton 3rd Street, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 3062 Brighton 3rd Street, LLC, | Case No. 13-24114-RDD |
| Debtor. | |

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN ORLAN GROUP, INC. AS DEBTOR'S AUCTIONEER**

PLEASE TAKE NOTICE that upon the annexed *Application for Authority to Employ and Retain Orlan Group, Inc. as Debtor's Auctioneer*, the undersigned will present the attached proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on May 22, 2014 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing

relates shall be included in the upper right hand corner of the caption of all objections.

Dated: Philadelphia, PA         **O'KELLY ERNST & BIELLI, LLC**
        May 8, 2014

                                */s/ Thomas D. Bielli*
                                Thomas D. Bielli, Esquire (*Pending Admission Pro Hac Vice*)
                                David M. Klauder, Esquire (*Pending Admission Pro Hac Vice*)
                                1500 Walnut Street, Suite 900
                                Philadelphia, PA   19102
                                Phone: (215) 543-7182
                                Fax: (215) 525-9648
                                tbielli@oeblegal.com
                                dklauder@oeblegal.com
                                *Proposed Counsel to the Debtor*

To:    United States Trustee;
       Rule 2002 Parties; and
       All Other Parties in Interest.