Frank Rosemberg
Frbk11@gmail.com

09/08/14

Honorable Judge Drain

Re: Chapter 11 case# 13-24114-RDD and Case # 13-23689 RDD

It's unfortunate but not surprising that as soon as counsel is fired by me from my Cases 13-23689 and 13-24114 they can file within hours to be relieved, but when I had Legitimate questions, concerns, suggestions and documentation supporting my Cases nothing Ever was done only delays and excuses.

To state that lack of communication with me was "sporadic and unintelligible' for the last 3 weeks could not be Further from the truth. I addressed valid concerns over the Starting bids for the upcoming Auction, issues with the existing lenders and receiver that my Counsel would not address.

My frustration has resulted in lack of Communication *to me* on legitimate issues concerning my cases, and lack of effort and work my Counsel wanted to. I needed guidance, answers and suggestions.

The only recent Follow up my existing Counsel ever had an interest in, was to let me know if I was not happy with their Services they can be fired, since they are not being paid at this time, and unless someone is going to cover the costs to file my requested motions, it wasn't going to be being done on my Behalf. My financial condition from day one was discussed in full disclosure and understood when my Attorneys were hired. To have it thrown in my face and used against me to in response to me addressing legitimate issues to benefit my case speaks

volumes regarding my legal team. I never expected anyone to work for free, and not be compensated.

Upon numerous requests throughout this process I requested invoices for services rendered and Received nothing. The only follow up to that conversation was to see if I was going to go fire them, which was not my intention until recently. As Suspected when I sent the email out to their office doing just that, they immediately file the motion within hours- which confirmed they never had my best interests at hand.

When the auctioneer was originally hired the values discussed on my property were never an issue, and the starting bids I suggested agreed to. Having an auction was to bring The *best Values* to satisfy my existing creditors and possible surplus. All of a sudden things started to Change.

The first auction with 13-23689 1236 Avenue U had disastrous results, (receiving a bid of .30 Cents on the Dollar). This property was in contract 1 year earlier at $1.5Mil. This concerned me With the Upcoming auctions on my other properties scheduled for September 9th 2014. I Suggested replacing the existing auctioneer from Chicago with a New York Auctioneer, and Having the date moved to the 18th of September, as this was the date I had specifically requested All along.

Instead of honoring my request, the auctioneer decided to make the date September 9th to "Avoid any hurricanes that could hit the New York area." I was also told if the date of September 9th was not kept, my counsel would quit the case.

I was met with resistance over wanting to increasing the starting minimum bids, since they were Being advertised extremely Low to begin with. In fact reduced by the auctioneer and counsel

without my consent "To attract buyers". Specifically 3058 & 3062 Brighton 3rd Street, and 3043 Brighton 1st Street.

To be in this predicament at what could be the conclusion of my cases was never my intention. Aside from existing health issues, I never thought my real battle would be with the team of People I thought at one time had my best interest. When the real work needed to be done I was Met with resistance, and refusal to help. Instead filing the motions I've been requesting all along Addressing legitimate valid concerns for my cases, the only motion filed was to be Relieved as my counsel.

I was asked By Thomas Bielli's office to give the "New counsels' name by 10:00 am today 9/8/14. There is no New Counsel at this time.

Today I am asking for time to hire new counsel and would have liked to delay auction to allow a New York auctioneer, and or local real estate office to sell the properties within 90 days to obtain a "fair market Value" of my properties, not conducting a fire sale for people to get their fees.

Respectfully,

Frank Rosenberg

3062 Brighton 3rd St
&
1236 Averno U Corp